UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 22-23651-CIV-MARTINEZ-BECERRA

AISHA GOODISON,

    Plaintiff,

vs.

LOYALTY PROPERTY MANAGEMENT
SERVICES, INC. and ROLLING GREEN
CONDOMINIUM C, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's Motion for Leave to Proceed in *Forma Pauperis*, (ECF No. 3). Judge Becerra filed an R&R recommending that the Complaint, (ECF No. 1), be dismissed without prejudice. (ECF No. 8). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 8), is **AFFIRMED** and **ADOPTED**. Further, it is **ADJUDGED** and **ORDERED** that

1. Plaintiff's Complaint, (ECF No. 1), is **DISMISSED** without prejudice.

2. Plaintiff is given leave to file an amended complaint **on or before September 13, 2023**.

3. Plaintiff's Motion to Proceed in *Forma Pauperis*, (ECF No. 3), and Plaintiff's Motion for Referral to Volunteer Attorney Program, (ECF No. 5), are both **DENIED** without

prejudice.

4. The Clerk is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case for statistical purposed only pending the filing of Plaintiff's amended complaint. This shall not affect the Parties' substantive rights.

**DONE AND ORDERED** in Miami, Florida, this 15 day of August, 2023.

                                                                       JOSE E. MARTINEZ
                                                                       UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record