UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 22-23651-CIV-MARTINEZ-SANCHEZ

AISHA GOODISON,

    Plaintiff,

vs.

LOYALTY PROPERTY MANAGEMENT
SERVICES, INC. and ROLLING GREEN
CONDOMINIUM C, INC.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** was referred to the Honorable Eduardo I. Sanchez, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiff's October 25, 2024 Letter to the Clerk of Court, which the Court construes as a motion to reopen the case. (ECF No. 14). Judge Sanchez filed an R&R recommending that the Plaintiff's motion to reopen the case be denied and the case be dismissed for lack of subject matter jurisdiction. (ECF No. 15). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Sanchez's R&R, (ECF No. 15), is **AFFIRMED** and **ADOPTED**. Accordingly, it is **ORDERED** that:

1. Plaintiff's motion to reopen the case, (ECF No. 14), is **DENIED**.
2. Plaintiff's Amended Complaint, (ECF No. 10), is **DISMISSED** for lack of subject matter jurisdiction.
3. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Miami, Florida, this 30 day of June, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Sanchez
All Counsel of Record